IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>DEREK WAYNE HAHN (03); and<br>MINH-HUNG NGUYEN (04),<br>  *aka Bobby Nguyen*,<br><br>                    Defendants. | CR. NO. 17-00582 JMS-WRP<br><br>ORDER DENYING (1) DEFENDANT DEREK WAYNE HAHN'S MOTION FOR RELEASE PENDING APPEAL DISPOSITION, ECF NO. 1094; AND (2) DEFENDANT MINH-HUNG NGUYEN'S MOTION FOR JOINDER IN DEFENDANT DEREK HAHN'S MOTION FOR RELEASE PENDING APPEAL DISPOSITION, ECF NO. 1096 |

**ORDER DENYING (1) DEFENDANT DEREK WAYNE HAHN'S MOTION FOR RELEASE PENDING APPEAL, ECF NO. 1094; AND (2) DEFENDANT MINH-HUNG NGUYEN'S MOTION FOR JOINDER IN DEFENDANT DEREK HAHN'S MOTION FOR RELEASE PENDING APPEAL DISPOSITION, ECF NO. 1096**

      Defendant Derek Wayne Hahn's Motion for Release Pending Appeal Disposition, ECF No. 1094, and Defendant Minh-Hung Nguyen's Motion for Joinder, ECF No. 1096, are DENIED for the detailed reasons stated on the record on May 25, 2021.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, May 25, 2021.



                                  /s/ J. Michael Seabright
                                  J. Michael Seabright
                                  Chief United States District Judge